THREATT v. HIERS

No. 596P85.

Case below: 76 N.C. App. 521.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 January 1986.

TOM TOGS, INC. v. BEN ELIAS INDUSTRIES CORP.

No. 649PA85.

Case below: 76 N.C. App. 663.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 7 January 1986. Motion by defendant to dismiss appeal for lack of substantial constitutional question denied 7 January 1986.